IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02547-CMA-MEH

VIKING INSURANCE COMPANY OF WISCONSIN,

    Plaintiff,

v.

JODY MORRIS,
HEATHER PARMLEY,
JENNIFER MORSE, and
CINDY CAROTHERS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2010.**

    Defendant Morris' Unopposed Motion for Leave to File Rule 26(a)(1) Disclosures Out of Time [filed April 15, 2010; docket #36] is **granted**. Defendant Morris shall submit his Rule 26(a)(1) disclosures on or before **April 19, 2010**.